# United States Bankruptcy Court
## Western District of Washington

IN RE:                                                    Case No. _____

**Interwest Development NW Inc** _____    Chapter **11** _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .......................................................................... $ _____**10,000.00**

Prior to the filing of this statement I have received .............................................................. $ _____**10,000.00**

Balance Due ............................................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is: ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Client will be responsible for all filing fees.  Client agrees to pay Attorney for his services at an hourly rate.**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**March 21, 2014**_____        **/s/ Jeffrey B. Wells**
          Date                          _____

                                        **Jeffrey B. Wells 6317**
                                        **Jeffrey B. Wells**
                                        **500 Union Street, Ste 502**
                                        **Seattle, WA  98101-2320**
                                        **(206) 624-0088  Fax: (206) 624-0086**
                                        **paralegal@jeffwellslaw.com**

B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Western District of Washington | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Interwest Development NW Inc** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Interwest Construction And Development** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **91-1518872** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**28201 Hwy 410 E #300**<br>**Buckley, WA**<br>ZIPCODE **98321** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Pierce** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

Location of Principal Assets of Business Debtor (if different from street address above):
**28201 Hwy 410 E #300, Buckley, WA**
ZIPCODE **98321**

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☑ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                    Nonmain Proceeding |

| Chapter 15 Debtor<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."    ☑ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**
☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Interwest Development NW Inc** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)                                      Date |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Interwest Development NW Inc** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| **X** _____<br><span style="font-size:small">Signature of Debtor</span><br><br>**X** _____<br><span style="font-size:small">Signature of Joint Debtor</span><br><br>_____<br><span style="font-size:small">Telephone Number (If not represented by attorney)</span><br><br>_____<br><span style="font-size:small">Date</span> | **X** _____<br><span style="font-size:small">Signature of Foreign Representative</span><br><br>_____<br><span style="font-size:small">Printed Name of Foreign Representative</span><br><br>_____<br><span style="font-size:small">Date</span> |

| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| **X** */s/ Jeffrey B. Wells*<br><span style="font-size:small">Signature of Attorney for Debtor(s)</span><br><br>**Jeffrey B. Wells 6317**<br>**Jeffrey B. Wells**<br>**500 Union Street, Ste 502**<br>**Seattle, WA 98101-2320**<br>**(206) 624-0088 Fax: (206) 624-0086**<br>**paralegal@jeffwellslaw.com**<br><br><br>**March 21, 2014**<br><span style="font-size:small">Date</span><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br><span style="font-size:small">Printed Name and title, if any, of Bankruptcy Petition Preparer</span><br><br>_____<br><span style="font-size:small">Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)</span><br><br>_____<br><span style="font-size:small">Address</span> |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** */s/ William Selander*<br><span style="font-size:small">Signature of Authorized Individual</span><br><br>**William Selander**<br><span style="font-size:small">Printed Name of Authorized Individual</span><br><br>**Vice President**<br><span style="font-size:small">Title of Authorized Individual</span><br><br>**March 21, 2014**<br><span style="font-size:small">Date</span> | **X** _____<br><span style="font-size:small">Signature</span><br><br>_____<br><span style="font-size:small">Date</span><br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Western District of Washington

**IN RE:**

Case No. _____

Interwest Development NW Inc

Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Umpqua Bank**<br>**PO Box 1820**<br>**Roseburg, OR  97470** | | | | **3,726,834.57** |
| **WA ST Employment Security Dept**<br>**PO Box 34949**<br>**Seattle, WA  98124-1949** | | | | **255,828.91** |
| **Pettit Oil**<br>**PO Box 3712**<br>**Seattle, WA  98124** | | | | **193,650.30** |
| **Pioneer Equipment Co**<br>**PO Box 1247**<br>**Sumner, WA  98390** | | | | **184,141.78** |
| **410 Quarry LLC**<br>**PO Box 1043**<br>**Enumclaw, WA  98022** | | | | **166,924.89** |
| **River Road Landscaping**<br>**6620 River Road**<br>**Puyallup, WA  98226** | | | | **125,514.60** |
| **JBS Investment Group LLC**<br>**PO Box 1247**<br>**Sumner, WA  98390** | | | | **112,987.64** |
| **Pierce County Budget & Finance**<br>**PO Box 11621**<br>**Tacoma, WA  98411-6621** | | | | **98,800.40** |
| **Umpqua Visa**<br>**PO Box 790408**<br>**St Louis, MO  63179** | | | | **79,980.22** |
| **Les Schwab**<br>**2604 Auburn Way North**<br>**Auburn, WA  98002** | | | | **77,013.80** |
| **King County Treasurer**<br>**500 4th Avenue, Room 600**<br>**Seattle, WA  98104** | | | | **73,891.10** |
| **Joe Kessell**<br>**504 116th Ave Ct E**<br>**Edgewood, WA  98372** | | | | **61,728.24** |
| **Pierce Co Assessor Treasurer**<br>**2401 S 35th St Rm 142**<br>**Tacoma, WA  98409-7498** | | | | **55,625.89** |
| **Peltram Plumbing Inc**<br>**1929 W Valley Hwy S #101**<br>**Auburn, WA  98001** | | | | **51,454.28** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **WA ST Dept Of L&I**<br>**PO Box 24106**<br>**Seattle, WA  98124** | **47,612.42** |
| **WA Dept Of Revenue**<br>**PO Box 47464**<br>**Olympia, WA  98504-7464** | **46,470.53** |
| **Washington Rock Quarry**<br>**Suite C-302**<br>**21711 103rd Ave Ct E**<br>**Graham, WA  98338** | **44,446.64** |
| **Hancock 401K** | **39,465.76** |
| **Cashmere Valley** | **38,000.00**<br>**Collateral:**<br>**0.00**<br>**Unsecured:**<br>**38,000.00** |
| **Bank Of America**<br>**PO Box 15710**<br>**Wilmington, DE  19886** | **32,645.13** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**March 21, 2014**__          Signature: __*/s/ William Selander*__

**William Selander, Vice President**

(Print Name and Title)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Washington**

IN RE:                                                          Case No. _____

<u>Interwest Development NW Inc</u>                            Chapter **11**
               Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 21, 2014** _____      Signature: ***/s/ William Selander***_____
                                  **William Selander, Vice President**                                      Debtor

Date: _____      Signature: _____
                                                  Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

410 Quarry LLC
PO Box 1043
Enumclaw, WA  98022


Aaberg Tools & Eq Inc
PO Box 6978
Tacoma, WA  98406


Ace Paving Company
PO Box 4520
Bremerton, WA  98312


ACF West
8951 SE 76th Dr
Portland, OR  97206


Advanced Compliance Products
PO Box 901
Sumner, WA  98390


Aflac Insurance Companies
RPS Dept/Acct#DHX95
1932 Wynnton Rd
Columbus, GA  31999


Alfred Bennest
5404 Milwaukee Ave E
Puyallup, WA  98372


Alicia Jennings
17518 32nd Ave E
Tacoma, WA  98446


Alignment On Wheels
420 26th Street NE
Auburn, WA  98002

Alternators And Starters Exchange
10814 Valley Ave E
Puyallup, WA  98372


AMB Tools & Equipment
608 West Nob Hill Blvd
Yakima, WA  98902


American Petroleum Envir Ser
2117 East River Street
Tacoma, WA  98421


Atlas Trucking Inc
PO Box 219
Port Angeles, WA  98362


Bank Of America
PO Box 15710
Wilmington, DE  19886


Benton Co Dist Court
Prosser Court House
3rd Fl  620 Market Street
Prosser, WA  99350


Best Parking Lot Cleaning Inc
PO Box 159
Sumner, WA  98390


Bill Selander
24608 SE 416th St
Enumclaw, WA  98022


Bishop Red Rock
PO Box 34
Goldendale, WA  98620

Bobby Wolford Trucking Equipment
22014 W Bostian Rd
Woodinville, WA  98072


Brady Trucking Co Inc
922 East Johns Prairie Road
Shelton, WA  98584


Bryce Dille Richards/Evrgr
Campbell Dille Barnet & Smith
PO Box 488
Puyallup, WA  98371


Builders Exchange Of WA
2607 Westmore Ave
Everett, WA  98421


C & H Pilot Cars LLC
PO Box 522
Auburn, WA  98071


Cascade Friction Materials
314 Puyallup Ave
Tacoma, WA  98421


Cascadia International
PO Box 1196
Tacoma, WA  98401


CCI Coast Masonry Supplies
PO Box 2038
St Albert
Alberta T8N2A3,      CANADA

Century Link
PO Box 91155
Seattle, WA  98111


Century Link Long Distance
PO Box 52187
Phoenix, AZ  85072


Certified Laboratories
C/O McCarthy Burgess And Wolf
26000 Cannon Rd
Cleveland, OH  44146


Chad Hansen
13503 20th Ave Ct E
Tacoma, WA  98445


Charles Clark
903 Glen Oaks Dr E
Spanaway, WA  98387


Christof D Spieth
856 143rd St S
Tacoma, WA  98444


City Of Algona
402 Warde St
Algona, WA  98001


City Of Bellevue
PO Box 90012
Bellevue, WA  98009

City Of Bellevue
Finance Dept
City Hall
Bellevue, WA  98004


City Of Buckley
PO Box 1960
Buckley, WA  98321


City Of Fife
5411 23rd St East
Fife, WA  98424


City Transfer Inc
PO Box 1850
Sumner, WA  98390-0400


Clallum County District Court
223 East 4th St Ste 10
Port Angeles, WA  98362-3015


Clark Raymond & Company
8350 164th Ave NE Ste 200
Redmond, WA  98073-3188


Coast Masonry Supply
PO Box 2038
St Albert Alberta
T8N2A3 CANADA,


Columbia Body Manufacturing
PO Box 999
10037 SE Mather Rod
Clackamas, OR  97015

Comcast
PO Box 34227
Seattle, WA  98124


Construction Equipment Co
PO Box 1271
Lake Grove, OR  97035


Continental Western Group
PO Box 1594
Des Moines, IA  50306


Cuz Concrete Products
19604 67th Ave NE
Arlington, WA  98223


Daniel Bisson
2052 McHugh Ave
Enumclaw, WA  98022


David Ford/Honest Auto
820 South 73rd Street
Tacoma, WA  98408


David L Traverso Trust
2349 Harbor Ave SW #106
Seattle, WA  98126


David Niesen
22017 62nd Ave E
Spanaway, WA  98387


David St Pierre
24615 South Prairie Rd E
Buckley, WA  98321

Davies Pearson PC AMG Financial
1402 3rd Ave Ste 427
Seattle, WA  98101


Davis Grimm & Payne
701 5th Ave Suite 4040
Seattle, WA  98104


Deana Traverso
1006 208th Ave E
Lake Tapps, WA  98391


Dearborn & Moss PLLC
2183 Sunset Ave SW
Seattle, WA  98116


Department Of Natural Resource
Financial Mgmt Div
PO Box 47041
Olympia, WA  98504


Dept Of Transportation
PO Box 47418
Olympia, WA  98504


Edward Schrader II
16201 N Wenas Rd C-10
Selah, WA  98942


EF Recovery
PO Box 2029
Gig Harbor, WA  98335


Erker's Truck Repair
2215 Pacific Highway East
Fife, WA  98424

Eva Russell
14404 157th Pl SE
Renton, WA  98059


Evergreen Concrete Cutting Inc
PO Box 1751
Sumner, WA  98390


Evergreen Fire & Security
2720 South J Street
Tacoma, WA  98409


Evergreen Hydroseeding/Campb
PO Box 488
Puyallup, WA  98371


Evergreen Printing Supplies
11301 West Olympi Blvd, Ste 121-840
West Los Angeles, CA  90064


Fastenal Company
PO Box 1286
Winona, MN  55987-0978


Ferguson Waterworks
2042 112th Street South
Tacoma, WA  98444


Filter Clean Services Inc
3311 NE 101st Court
Vancouver, WA  98662


Financial Pacific
PO Box 749728
Los Angeles, CA  90074

First Citizens Bank
PO Box 63001
Charlotte, NC  28263-3001


Fleet Mobile Truck Wash
2423 211th Ave E
Lake Tapps, WA  98391


FloHawks Plumbing & Septic
PO Box 73399
Puyallup, WA  98373


Freeway Trailer
7100 Pacific Hwy E
Milton, WA  98354


Gary Dean Lenss
12402 129th Ave E
Puyallup, WA  98374


Gatco
3070 Pinehurst Dr
Wenatchee, WA  98801


GCR Truck Tire Center
4107 Pacific Hwy East
Fife, WA  98424


Gene's Towing
9212 South Tacoma Way
Tacoma, WA  98499


General Trailer
PO Box G
Springfield, OR  97477

Gilliardi Logging & Constr Inc
PO Box 16
Elbe, WA  98330


Global Security
3212 Main Street
Vancouver, WA  98663


Good To Go
PO Box 300326
Seattle, WA  98103-9730


H&H Diesel Service Inc
407 Porter Way
Milton, WA  98354


Harvey Heath
2612 S 284th St
Federal Way, WA  98003


HCC Surety Group
PO Box 4312
Woodland Hills, CA  91365


HD Supply Waterworks
File 56214
Los Angeles, CA  90074-6214


Heather Bateman
PO Box 219
Kapowsin, WA  98344


Hermann Brothers
2095 Blue Mountain Rd
Port Angeles, WA  98362

Hillside Gardens Sawdust & Shavings
27213 SR 410 E
Buckley, WA  98321


Holroyd Company Inc
PO Box 39009
Lakewood, WA  98496


Honey Bucket
PO Box 73399
Puyallup, WA  98373


Hunter Painting Inc
PO Box 7467
Bonney Lake, WA  98391


IBS Incorporated
PO Box 1717
Auburn, WA  98071


Integra Telecom
PO Box 2966
Milwaukee, WI  53201-2966


Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Interwest Metals
2208 Pacific Highway East
Tacoma, WA  98424


IPFS Corporation
24722 Network Pl
Chicao, IL  60673-1247

Jared Pablo
2618 Rocky Mtn Crt
Puyallup, WA  98374


Jason Engineering & Consulting
PO Box 181
Auburn, WA  98071


Jason Little
2624 Rocky Mountain Court
Puyallup, WA  98374


JBS Investment Group LLC
PO Box 1247
Sumner, WA  98390


Jeffrey Wellman
12520 Lakeholme Rd SW
Lakewood, WA  98498


Jenkins Pipeline Services
26828 Maple Valley Hwy Ste 243
Maple Valley, WA  98038


JK Precisions
C/O Josh Kessel
209 McElroy Place
Puyallup, WA  98371


JM Corp & Son Inc
7612 113th St East
Puyallup, WA  98373-4717


Joe Kessell
504 116th Ave Ct E
Edgewood, WA  98372

John Deere
PO Box 650215
Dallas, TX  75265


John T Lanfear
1234 Division St
Enumclaw, WA  98022


Joseph Rakes
PO Box 323
Orting, WA  98360


Josh Kessel
209 McElroy Place
Puyallup, WA  98371


Justice Construction LLC
5016 302nd St Court East
Graham, WA  98338


Kangley Sand & Gravel
9125 10th Ave Soth
Seattle, WA  98108


Keithly Electric Company
827 S Director St
Seattle, WA  98108


Kenworth Northwest Inc
PO Box 98967
Seatac, WA  98198


King Co Dep Permit & Environment
35030 SE Douglas St
Snoqualmie, WA  98065

```
King Co Real Estate Serv Sec
830 King Co Admin Bldg
Seattle, WA  98104


King County District Court
Shoreline Courthouse
18050 Meridian Ave North
Shoreline, WA  98133


King County Finance
King Co Admin Bldg
500 4th Ave #600
Seattle, WA  98104-2387


King County Treasurer
500 4th Avenue, Room 600
Seattle, WA  98104


Korum Motors
PO Box 538
Puyallup, WA  98371


Lakeside Industries Inc
PO Box 7016
Issaquah, WA  98027


Lara Shipman
PO Box 9255
Tacoma, WA  98490


Les Schwab
2604 Auburn Way North
Auburn, WA  98002
```

Liberty Mutual Insurance
650 NE Holladay St
Portland, OR  97208-5273


Lien Research Group
PO Box 3409
Arlington, WA  98223


Lori Sandor
11921 SR 165 E
Buckley, WA  98321


Lowes
PO Box 530980
Atlanta, GA  30353


Major Wire Screen Media LTD
PO Box 715611
Columbus, OH  43271-5611


Mark W Downing
7204 205th St E
Spanaway, WA  98387


McGavick Graves Attorneys
1102 Broadway Ste 500
Tacoma, WA  98402


McGuire Bearing
947 SE Market St
Portland, OR  97214


Mine Safety & Health Admin
Dept Labor MSHA
PO Box 790390
St Louis, MO  63179

Modern Machinery Inc
22431 83rd Ave South
Kent, WA  98032


MultiCare HealthWorks
PO Box 5299 MS 19U-A2-HW
Tacoma, WA  98032


National Service Bureau, Inc
PO Box 55789
Seattle, WA  98138


NC Machinery Inc.
PO Box 58201
Tukwila, WA  98138


Network Administrative S
1000 Towne Center St 180-#122
Browns Point, WA  98422


Nextel
PO Box 4181
Carol Stream, IL  60197


Nicholas Lee Slagel
35419 52nd Ave S
Auburn, WA  98001


NOCC Global Inc
7980 NW 53rd Ct
Lauderhill, FL  33351


Northwest Wire Rope
1952 Milwaukee Way
Tacoma, WA  98421

Nova Financial
4800 Wadsworth Blvd #310
Wheat Ridge, CO  80033


Nybo Redi-Mix Concrete Inc
PO Box 656
Eatonville, WA  98328


O'Reilly Auto Parts
PO Box 9464
Springfield, MO  65801


Office Depot
PO Box 88040
Chicago, IL  60680


Ogletree Deakins
918 South Pleasantburg Dr
Greenville, SC  29607


Olympic Foundry Inc
5200 Airport Way South
Seattle, WA  98108


Pacific Mobile Structures INC
PO Box 1404
Chehalis, WA  98352


Pacific Office Automation
14747 NW Greenbriar Pkwy
Beaverton, OR  97006


Pacific Torque LLC
18060 DesMoines Memorial Dr S
Seattle, WA  98148

PACLAB
PO Box 2670
Spokane, WA  99220


Pape Machinery
PO Box 5077
Portland, OR  97208-5077


Paris Trucking LLC
PO Box 73220
Puyallup, WA  98373


Paul Moulton
11405 43 St Ct E
Edgewood, WA  98372


Paul Olson
852 S 76th ST
Tacoma, WA  98408


Paul R Carroll
3109 S 16th St SE
Auburn, WA  98092


PCRCD
17925 Meridian St E
Puyallup, WA  98375


Peltram Plumbing Inc
1929 W Valley Hwy S #101
Auburn, WA  98001


Performance Radiator INC
PO Box 24947
Seattle, WA  98124

Pete's Mobile Home & Modular
PO Box 3156
Midway, WA  98032


Pettit Oil
PO Box 3712
Seattle, WA  98124


Pierce Co Assessor Treasurer
2401 S 35th St Rm 142
Tacoma, WA  98409-7498


Pierce County Budget & Finance
PO Box 11621
Tacoma, WA  98411-6621


Pioneer Equipment Co
PO Box 1247
Sumner, WA  98390


Pitney Bowes
PO Box 371887
Pittsburgh, PA  15250


Pitney Bowes Global
PO Box 371887
Pittsburg, PA  15250


Portland Precision Instrument
6015 Ne 80th Ave Ste 400
Portland, OR  97218


Premera
Payment Processing
PO Box 91060
Seattle, WA  98111

Premium Drug Screening INC
PO Box 1281
Shelton, WA  98584


Premium Finance
PO Box 4312
Woodlands Hill, CA  91365


Preston R Wood
PO Box 1255
Roy, WA  98580


PRO-VAC
6622 112th St E
Puyallup, WA  98373


Propel Insurance
1201 Pacific Ave Ste 1000
Tacoma, WA  98402


Puget Sound Clean Air
1904 Third Ave Ste 105
Seattle, WA  98101


Puget Sound Energy
12116 207th Ave E
Sumner, WA  98390


Puget Sound Petroleum Inc
10108 Portland Ave E
Tacoma, WA  98445


Rainier Welding Supplies
2624 112 St S C-2
Lakewood, WA  98499

RAM Surveying & Mapping LLC
13110 NE 111th Ave Ne
Kirkland, WA  98034


Ransmogrify
1725 Garrett St Ste 1
Enumclaw, WA  98022


Ravensdale LLC
PO Box 365
Gig Harbor, WA  98335


Ray's Scale & Consulting
PO Box 46453
Seattle, WA  98146


Reserve Silica Corp
PO Box 99
Ravensdale, WA  98051


Rhiel Comfort Davies Smith
1901 65th Ave W Ste 200
Fircrest, WA  98466


Ricky Ray Vaders
2147 Ryan Rd
Buckley, WA  98321


Riehl Ceilings & Special
C/O Law Office Gregory Thulin
2200 Rimland Dr Ste 115
Bellingham, WA  98226


River Road Landscaping
6620 River Road
Puyallup, WA  98226

Riverside Ford INC
6616 166th Ave E
Sumner, WA  98390


Robert Chess
132 S 2nd St
Buckley, WA  98321


Robert Gunter
42508 236th Ave SE
Enumclaw, WA  98022


Rocking A&J INC
4223 162nd Ave E
Sumner, WA  98390


Rocon Equipment Special
PO Box 1008
Black Diamond, WA  98010


Roger Bradley
PO Box 73524
Puyallup, WA  98373


Ron & Leo's Welding Service INC
2221 Garrett St
Enumclaw, WA  98022


Ronald Rockl
145 Birch Dr
Enumclaw, WA  98022


S & S Rent-It-Fence INC
Po BOX 45438
Tacoma, WA  98448

Sandvik Mining & Construction
Dept Ch 10576
Palatine, IL  60055-0576


SC Fuels
PO Box 14014
Orange, CA  92863


Scott S Drummond
42230 188th Ave SE
Enumclaw, WA  98022


Seattle Mack
PO Box 131902
Des Moines, WA  98198


Seattle Tools And Equipment
26011 Sumner Buckley Hwy
Buckley, WA  98321


Security Fire Protection
PO Box 487
South Prairie, WA  98386


Shane Selander
22817 146th St E
Orting, WA  98360


Sharon Lynn Kessell
504 116th Ave Ct E
Edgewood, WA  98372


Shope Enterprises Inc
1618 East Main
Puyalup, WA  98372-1551

Six Robblees Inc
PO Box 3703
Seattle, WA  98124


Skusek Masonry Inc
PO Box 579
Graham, WA  98338-0579


Sonrise Excavating Inc
8501 240th Ave E
Buckley, WA  98321


SOS Inc
1215 Brown St
Paducah, KY  42001


Sparkle Wash Northwest
10017 229th Ave E
Buckley, WA  98321


Specialty Granite Supply
847 143 Ave SE
Tenino, WA  98589


SSA Acoustics
222 Etruria St Ste 100
Seattle, WA  98109


State Farm Insurance
PO Box 2374
Bloomington, IL  91702-2374


Stephen B Strand
912 Natalie Place
Enumclaw, WA  98022

Steve Boman
1025 74th St East Apt A
Tacoma, WA  98404


Streich Brothers
1650 Marine View Dr
Tacoma, WA  98422


Striker Rental & Sales
24 Jones Rd
Kelso, WA  98626


Sunbelt Rentals
PO Box 18040
Portland, OR  97218


Tacoma Screw Products
2001 Center St
Tacoma, WA  98409


Tax And License Division
PO Box 11640
Tacoma, WA  98411-6640


Tellefsons Trucking
4155 S Pass Rd
Everson, WA  98247


Teresa Larson
3608 163rd Ave Ct E
Lake Tapps, WA  98391


The Bag Lady
11124 Valley Ave E
Puyallup, WA  98372

Thermatech Northwest Inc
10312 Sales Rd S
Lakewood, WA  98499


Thiele Construction
PO Box 652
Buckley, WA  98321


Thyssen Krupp Elevator Corp
2455 E Parley Way Ste 110
Salt Lake City, UT  84109


Tim Kjos
919 Harts Lake Loop Rd S
Roy, WA  98580


Timothy Chess
10010 227th Ave Ct E
Buckley, WA  98321


Tire Distribution Systems Inc
Dept 530
Denver, CO  80291-0530


Transco Northwest
22211 76th Ave S
Kent, WA  98138


Transmogrify
1725 Garrett St Ste 1
Enumclaw, WA  98022


Traverso, Deana
1006 208th Ave E
Lake Tapps, WA  98391

Treat's Heating & Cooling
PO Box 1354
Enumclaw, WA  98022


Triad Associates
PO Box 3329
Kirkland, WA  98083-3329


Triad Machinery Inc
1601 E Bay St
Tacoma, WA  98421


Trimble Mobile Resource Mgn
Dept 33209
PO Box 39000
San Francisco, CA  94139-3209


Umpqua Bank
PO Box 1820
Roseburg, OR  97470


Umpqua Visa
PO Box 790408
St Louis, MO  63179


Unifirst Corporation
1025 N Levee Rd
Puyallup, WA  98371


United Pipe & Supply
PO Box 6326
Portland, OR  98228-6326


United Rentals Inc
File 51122
Los Angeles, CA  90074-1122

USI Insurance Services LC
PO Box 3716
Norfolk, VA  23514-3716


Valley Construction Supply Inc
PO Box 1179
Milton, WA  98354-1179


Valley Freightliner
277 Stewart Rd
Pacific, WA  98354-1179


Verizon Wireless
PO Box 660108
Dallas, TX  75266-0108


Vernon Smith
6352 School St SW
Lakewood, WA  98499


Visa
PO Box 790408
St Louis, MO  63179-0408


WA Dept Of Revenue
PO Box 47464
Olympia, WA  98504-7464


Wa ST Dep Ecology
PO Box 47611
Olympia, WA  98504-7611


WA ST Dept Of L&I
PO Box 24106
Seattle, WA  98124

WA ST Dept Of L&I
PO Box 44480
Olympia, WA  98504-4480


WA ST Employment Security Dept
PO Box 34949
Seattle, WA  98124-1949


Wade Alvey Clemonds
315 4th Ave North
Algona, WA  98001


Wallwork
PO Box 628
Fargo, ND  58107


Washington Rock Quarry
Suite C-302
21711 103rd Ave Ct E
Graham, WA  98338


Washington State Patrol
PO Box 42602
Olympia, WA  98504-2602


Washington State Patrol
PO Box 42600
Olympia, WA  98504-2600


Washington State Support Reg
PO Box 45868
Olympia, WA  98504


Waste Management
PO Box 541065
Los Angeles, CA  90054-1065

Wesley E Carter
PO Box 45368
Tacoma, WA   98448


West Coast Chippers Inc
6009 197th Ave E
Bonney Lake, WA   98391


West Coast Welding & Truck Rpr
23616 154th St E
Orting, WA   98360


Western Fluid Components
2909 Pacific Hwy E
Tacoma, WA   98424


Western Peterbilt Inc
PO Box 24065
Seattle, WA   98124


Wolford Equipment Sales & Rent
22014 W Bostian Rd
Woodinville, WA   98072


Woodland Gardens
7317 124th St E
Puyallup, WA   98373


Yokohama Tire Corp
PO Box 100406
Pasadena, CA   91189-0406