

3825 Hopyard Road
Suite 250
Pleasanton, CA 94588
Phone 888-433-5426
Fax 888-433-3467
www.ironplanet.com

| Seller | Statement |
|---|---|
| Interwest Development NW, Inc. | Statement Date: 11/13/14 |
| Buckley, WA, 98321 | Contract #: 74928 |
| USA | All transactions (includes seller paid items) |
| Attn: Bill Selander | |

| Description | Item | Sale Date | Seller Ref | Final Sale Price |
|---|---|---|---|---|
| Caterpillar 3408B Generator (S/N:78Z03647) | 525092 | 9/25/14 | 209 | $ 2,550.00 |
| Compactor Attachment (S/N:4008188) | 525093 | 9/25/14 | 222 | $ 250.00 |
| 1994 Water Tank Trailer (S/N:4MFWA1322RW000028) | 525094 | 9/25/14 | 241 | $ 900.00 |
| Caterpillar DP30K Pneumatic Tire Forklift (S/N:AT14C-35255) | 525095 | 9/25/14 | 254 | $ 6,500.00 |
| Vibratory Plate Compactor Attachment | 525096 | 9/26/14 | 284 | $ 425.00 |
| Hydraulic Power Pack (S/N:No serial number found) | 525097 | 9/25/14 | 305 | $ 200.00 |
| Allmand NLPKFMXZ Light Tower (S/N:9804NLP26) | 525099 | 9/26/14 | 336 | $ 200.00 |
| 8' x 10' Manhole Box (S/N:No serial number found) | 525101 | 9/25/14 | 608 | $ 1,000.00 |
| 2006 Booster Axle (S/N:1e9b013106e391005) | 525102 | 9/25/14 | | $ 9,600.00 |
| CWS Thumb | 525103 | 9/25/14 | | $ 825.00 |
| 2007 (unverified) Dodge Ram Extended Cab (S/N:3D7KS29A176795307) | 525104 | 10/30/14 | 90 | $ 5,600.00 |
| 2007 Ford F-450 XL Super Duty Flatbed Truck (S/N:1FDXF46P67EA26927) | 525105 | 9/25/14 | 92 | $ 10,250.00 |
| 2005 Ford E-350 XL Super Duty Cargo Van (S/N:1FDSE35L75HA47660) | 525106 | 9/25/14 | 107 | $ 4,250.00 |
| 1999 Kenworth T800 Tri/A Dump Truck (S/N:1NKDXBEX0XR824440) | 525110 | 9/25/14 | 182, 197 | $ 15,000.00 |
| 1999 Kenworth T800 Tri/A Dump Truck (S/N:1NKDXBEX2XR824441) | 525111 | 9/25/14 | 184, 185 | $ 32,000.00 |
| 2000 Kenworth W900 Tri/A Dump Truck (S/N:1NKWXB0X1YS857313) | 525112 | 9/25/14 | 194, 195 | $ 36,000.00 |
| 1994 Ford L-9000 T/A Water Truck (S/N:1FTYS95S0RVA11835) | 525113 | 9/25/14 | 315 | $ 9,500.00 |
| 1984 Comet T/A Flatbed Trailer (S/N:1C0E40025ES031385) | 525114 | 9/25/14 | 320 | $ 3,500.00 |
| 1984 Comet 22' Tri/A Flatbed Trailer (S/N:1C0F20039ES031386) | 525115 | 10/30/14 | 321 | $ 500.00 |
| 2000 Ford F-150 4x4 Extended Cab (S/N:2FTRX18W4YCB06098) | 525116 | 9/25/14 | 322 | $ 3,500.00 |
| 1994 Ford F-700 Tire Service Truck (S/N:1FDNK74C5RVA19930) | 525117 | 9/25/14 | 341 | $ 6,000.00 |
| 2004 Freightliner FLD120 Tri/A Conventional Day Cab (S/N:1FVJALAV44DM19341) | 525118 | 9/25/14 | 512 | $ 61,000.00 |
| 1970 Peterbilt T/A Conventional w/ Sleeper (S/N:37094) | 525119 | 9/25/14 | 554 | $ 32,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK77DZ37178) | 525120 | 9/25/14 | 564 | $ 21,250.00 |
| 2007 Columbia T/A Transfer Trailer (S/N:1B9GF17317C003931) | 525121 | 9/25/14 | 565 | $ 9,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK77DZ37181) | 525122 | 9/25/14 | 566 | $ 65,000.00 |
| 2007 Columbia Tri/A Transfer Trailer (S/N:1B9GF17397C003935) | 525123 | 9/25/14 | 567 | $ 7,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK27DZ37184) | 525124 | 9/25/14 | 568 | $ 67,000.00 |
| 2007 Columbia Tri/A End Dump Trailer (S/N:1B9AD16327C003921) | 525125 | 9/25/14 | 569 | $ 12,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK67DZ37186) | 525126 | 9/25/14 | 570 | $ 66,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16347C003922) | 525127 | 9/25/14 | 571 | $ 11,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK97DZ37182) | 525128 | 9/25/14 | 574, 575 | $ 76,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCKX7DZ37188) | 525129 | 9/25/14 | 576 | $ 68,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16367C003923) | 525130 | 9/25/14 | 577 | $ 10,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK57DZ37180) | 525131 | 9/25/14 | 578 | $ 68,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16387C003924) | 525132 | 9/25/14 | 579 | $ 12,500.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK87DZ37187) | 525133 | 9/25/14 | 580, 581 | $ 65,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK07DZ37183) | 525134 | 9/25/14 | 582 | $ 57,000.00 |



| | Seller | Statement |
|---|---|---|
| | Interwest Development NW, Inc. | Statement Date: 11/13/14 |
| | Buckley, WA, 98321 | Contract #: 74928 |
| | USA | All transactions (includes seller paid items) |
| | Attn: Bill Selander | |

| Description | Item | Sale Date | Seller Ref | Final Sale Price |
|---|---|---|---|---|
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16337C003927) | 525135 | 9/25/14 | 583 | $ 12,000.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK87DZ37190) | 525136 | 9/25/14 | 584 | $ 68,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD163X7C003925) | 525137 | 9/25/14 | 585 | $ 11,500.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCKX7DZ37191) | 525138 | 9/25/14 | 586 | $ 69,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16317C003926) | 525139 | 9/25/14 | 587 | $ 9,500.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK17DZ37192) | 525140 | 9/25/14 | 588 | $ 68,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16377C003929) | 525141 | 9/25/14 | 589 | $ 9,000.00 |
| 2007 Freightliner FLD120 Quad/A Dump Truck (S/N:1FVSALCK17DZ37189) | 525142 | 9/25/14 | 590 | $ 67,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16357C003928) | 525143 | 9/25/14 | 591 | $ 10,500.00 |
| 2007 Freightliner FLD120SD Quad/A Dump Truck (S/N:1FVSALCK97DZ37179) | 525144 | 9/25/14 | 592 | $ 72,000.00 |
| 1991 Aspen Tri/A Removable Gooseneck Trailer (S/N:2A9LB6036MS037048) | 525146 | 9/25/14 | 599 | $ 37,000.00 |
| 1990 Tri/A Belly Dump Trailer (S/N:WA98228980) | 525147 | 9/25/14 | 805 | $ 7,100.00 |
| 1998 Strong Boy UM74 S/A Tilt Deck Equipment Trailer (S/N:1S9BK1234WS576582) | 525148 | 9/25/14 | 811 | $ 1,500.00 |
| 1981 Transcraft TL 40 T/A Flatbed Trailer (S/N:1TTF40203B1017842) | 525149 | 9/25/14 | 813 | $ 1,200.00 |
| 2002 Peterbilt 385 T/A Conventional w/ Sleeper (S/N:1XPGDU9X72D577144) | 525150 | 9/25/14 | 830 | $ 9,500.00 |
| 2006 Trail King TKT12U T/A Tilt Deck Equipment Trailer (S/N:1TKU020276M067252) | 525151 | 9/25/14 | 839 | $ 8,600.00 |
| 2004 Ford F-250 XL Super Duty 4x4 (S/N:3FTNF21L64MA10558) | 525153 | 9/25/14 | 1003 | $ 2,800.00 |
| 2004 Ford F-250 XL Super Duty 4x4 (S/N:3FTNF21L04MA10555) | 525154 | 9/25/14 | 1004 | $ 2,000.00 |
| 2008 Ford F-350 Super Duty Utility Truck (S/N:1FDWF34568EB26471) | 525155 | 9/25/14 | 1006 | $ 9,000.00 |
| 2008 Ford F-450 XL Super Duty Flatbed Truck (S/N:1FDXF46R58EA68458) | 525156 | 9/25/14 | 1007 | $ 13,500.00 |
| 2007 Ford Explorer (S/N:1FMEU53807UB11767) | 525157 | 10/30/14 | 105 | $ 4,000.00 |
| 2003 Lincoln Navigator (S/N:5LMFU28R53LJ13967) | 525158 | 10/30/14 | 121 | $ 3,500.00 |
| Lot of Heavy Duty Shelving | 529063 | 9/25/14 | | $ 825.00 |
| 2007 Columbia Tri/A Transfer Trailer (S/N:1B9GF17377C003934) | 529064 | 9/25/14 | | $ 8,000.00 |
| Lot of Heavy Duty Shelving | 529257 | 9/25/14 | | $ 525.00 |
| 2000 Reliance 4TR0-JFK-29 Quad/A Transfer Trailer (S/N:5REFA6482YS004034) | 529261 | 9/25/14 | 185 | $ 4,000.00 |
| 2007 Columbia Tri/A Transfer Trailer (S/N:1B9GF17337C003932) | 529270 | 9/25/14 | | $ 7,000.00 |
| Sullivan D210QH6JDB 210 CFM Air Compressor (S/N:PE4045D082605/20133A) | 529312 | 10/24/14 | 279 | $ 3,900.00 |
| 1969 Kenworth W925 T/A Water Truck (S/N:113371) | 529337 | 10/30/14 | 313 | $ 500.00 |
| 2000 TNT TA Wood Deck Trailer- slide- in ramps (S/N:1T9FS1822XT506206) | 529339 | 10/30/14 | 348 | $ 1,500.00 |
| 2000 Reliance 4TR0-JF-29 Quad/A Transfer Trailer (S/N:5REFA6487YS004031) | 529564 | 9/26/14 | 197 | $ 3,000.00 |
| OTC 1520 Vehicle Lift System | 530865 | 9/25/14 | | $ 2,325.00 |
| S/A Jeep (S/N:SNTR071460MT) | 530881 | 9/25/14 | | $ 750.00 |
| Lot of (2) Road Plates | 530883 | 9/25/14 | | $ 1,500.00 |
| Lot of (3) Welders & (3) Welding Screens (S/N:U1060602937/U1040510500/2141-90658) | 530890 | 9/25/14 | | $ 2,050.00 |
| Lot of (2) Jumping Jack Tampers & (1) Vibratory Plate (S/N:713901036 / 101 540 36 5316 / M9573) | 530893 | 9/25/14 | | $ 1,375.00 |
| Lot of Pipe Test Plugs & Components | 530898 | 9/25/14 | | $ 1,875.00 |
| Lot of (2) Landa Pressure Washers | 530903 | 9/25/14 | | $ 1,350.00 |
| Lot of Traffic Control Devices | 530904 | 9/25/14 | | $ 1,000.00 |
| 7' Broom Attachment - Fits Skid-Steer Loader | 530907 | 9/25/14 | | $ 150.00 |



| | 3825 Hopyard Road Suite 250 Pleasanton, CA 94588 Phone 888-433-5426 Fax 888-433-3467 www.ironplanet.com | **Seller** | **Statement** |
|---|---|---|---|
| | | Interwest Development NW, Inc. | Statement Date: 11/13/14 |
| | | Buckley, WA, 98321 | Contract #: 74928 |
| | | USA | All transactions (includes seller paid items) |
| | | Attn: Bill Selander | |

| Description | Item | Sale Date | Seller Ref | Final Sale Price |
|---|---|---|---|---|
| John Deere 60 Broom Attachment (S/N:M060HDB017109) | 530908 | 9/25/14 | | $ 400.00 |
| 68 1/2" Root Rake | 530909 | 9/25/14 | | $ 375.00 |
| 96" Bucket | 530910 | 9/25/14 | | $ 225.00 |
| CWS 24" Bucket | 530911 | 9/25/14 | | $ 150.00 |
| CWS 12" Bucket (S/N:PM17702) | 530912 | 9/25/14 | | $ 510.00 |
| CWS 52" Bucket (S/N:PM13959) | 530913 | 9/25/14 | | $ 250.00 |
| CWS 60" Bucket | 530914 | 9/25/14 | | $ 1,725.00 |
| CWS 70" Bucket (S/N:PM02508) | 530915 | 9/25/14 | | $ 925.00 |
| CWS 30" Bucket - Fits John Deere 350D | 530917 | 9/25/14 | | $ 2,800.00 |
| CWS 36" Bucket - Fits John Deere 450C (S/N:0506910) | 530922 | 9/25/14 | | $ 1,525.00 |
| PSM 54" Bucket | 530923 | 9/25/14 | | $ 300.00 |
| WBM 31" Bucket (S/N:PM03577) | 530924 | 9/25/14 | | $ 1,225.00 |
| Lot of Hoses, Meters, & Fittings | 530955 | 9/25/14 | | $ 525.00 |
| Lot of Electric Motors, Safety Switch, & Breaker Panel | 530970 | 9/25/14 | | $ 125.00 |
| Lot of (1) Ingersoll Rand Air Compressor & (1) Honeywell Air Compressor (S/N:108-28-854895-L) | 530976 | 9/25/14 | | $ 200.00 |
| Lot of (2) Grinders, Drill Press, Vise & Hydraulic Press | 530987 | 9/25/14 | | $ 2,400.00 |
| Lot of Truck Parts | 531002 | 9/25/14 | | $ 1,050.00 |
| Lot of (1) Onan Generator & (1) Excell Pressure Washer (S/N:F923928840) | 531003 | 9/26/14 | | $ 100.00 |
| Lot of Water Pumps | 531010 | 9/25/14 | | $ 125.00 |
| Lot of (4) Water Pumps | 531011 | 9/25/14 | | $ 125.00 |
| Fuel Trailer (S/N:No serial number found) | 531024 | 9/25/14 | | $ 350.00 |
| Dewalt Saw w/Roller Table | 531026 | 9/25/14 | | $ 150.00 |
| Aluminum Stairs w/Platform & Walkway | 531085 | 9/25/14 | | $ 300.00 |
| Lot of Steel Work Tables & Steel Saw Horses & Storage Rack | 531091 | 9/25/14 | | $ 875.00 |
| Lot of (7) Storage Shelves | 531107 | 9/25/14 | | $ 400.00 |
| Lot of Welding Tools & Supplies | 531115 | 9/25/14 | | $ 375.00 |
| Lot of Shop Tools | 531116 | 9/25/14 | | $ 275.00 |
| Lot of Heavy Duty Shelving | 531117 | 9/25/14 | | $ 425.00 |
| Lot of Heavy Duty Shelving | 531118 | 9/25/14 | | $ 425.00 |
| Lot of (2) Fork Attachments & (1) Lifting Clamp | 531119 | 9/25/14 | | $ 1,525.00 |
| Cub Cadet Utility Vehicle (S/N:No serial number found) | 531121 | 9/25/14 | | $ 3,000.00 |
| Lot of Tire Tools & Parts | 531122 | 9/25/14 | | $ 1,950.00 |
| Lot of Hydraulic Hose Fabricating Equipment | 531123 | 9/25/14 | | $ 1,775.00 |
| Lot of (2) Battery Chargers (S/N:XL24544 / 66186-34-DK) | 531124 | 9/25/14 | | $ 300.00 |
| Lot of Hardware, Nuts & Bolts | 531125 | 9/25/14 | | $ 4,525.00 |
| Lot of Filters | 531126 | 9/25/14 | | $ 375.00 |
| Lot of (2) JET PT-2748J Pallet Jacks (S/N:80804041 / 80804044) | 531127 | 9/25/14 | | $ 150.00 |
| Lot of Trailer Parts | 531128 | 9/25/14 | | $ 450.00 |
| Lot of (4) Grease Barrels w/Pumps & Hoses, & (1) Solvent Washer | 531129 | 9/25/14 | | $ 625.00 |
| Lot of Tools | 531130 | 9/25/14 | | $ 625.00 |
| Lot of Cables, Chains, Binders & Straps | 531131 | 9/25/14 | | $ 600.00 |
| Tripod Hoist | 531132 | 9/25/14 | | $ 425.00 |
| Lot of Conveyer Belt Scale & Parts | 531133 | 9/26/14 | | $ 300.00 |
| Lot of (2) Electrical Portable Pumps & (1) Center Hole Cylinder | 531134 | 9/25/14 | | $ 1,850.00 |
| Lot of Tire Chains | 531135 | 9/26/14 | | $ 90.00 |
| Miller Bobcat 225 Engine Driven Welder (S/N:KH529049) | 531136 | 9/25/14 | | $ 1,850.00 |
| Lot of Hydraulic Jacks, Engine Hoist & Pallet Jack | 531137 | 9/25/14 | | $ 400.00 |
| Lot of Survey Tools | 531233 | 9/25/14 | | $ 225.00 |
| Lot of Heavy Duty Shelving | 531236 | 9/25/14 | | $ 1,075.00 |
| Lot (3) Dump Bodies | 531306 | 9/25/14 | | $ 2,600.00 |
| Lot of Office Furniture | 531312 | 9/25/14 | | $ 1,025.00 |
| Lot of Office Furniture | 531318 | 9/25/14 | | $ 1,500.00 |
| Lot of Office Furniture | 531327 | 9/25/14 | | $ 400.00 |
| Lot of Parts & Bucket Teeth | 531330 | 9/25/14 | | $ 400.00 |
| Lot of Hydraulic Jacks & Stands | 531331 | 9/25/14 | | $ 350.00 |
| Lot of Parts & Hydraulic Cylinders | 531332 | 9/25/14 | | $ 400.00 |



IRON PLANET
3825 Hopyard Road
Suite 250
Pleasanton, CA 94588
Phone 888-433-5426
Fax 888-433-3467
www.ironplanet.com

| Seller | Statement |
|---|---|
| Interwest Development NW, Inc. | Statement Date: 11/13/14 |
| Buckley, WA, 98321 | Contract #: 74928 |
| USA | All transactions (includes seller paid items) |
| Attn: Bill Selander | |

| Description | Item | Sale Date | Seller Ref | Final Sale Price |
|---|---|---|---|---|
| Lot of Caterpillar Engines & Engine Parts - Used | 531333 | 9/25/14 | | $ 400.00 |
| Lot of (2) Tool Boxes | 531334 | 9/25/14 | | $ 700.00 |
| Lot of Parts | 531335 | 9/26/14 | | $ 110.00 |
| Lot of Parts | 531336 | 9/25/14 | | $ 150.00 |
| Lot of Chrome Bumpers, Chrome Exhaust Pipes & Air Cleaner | 531337 | 9/25/14 | | $ 800.00 |
| Lot of (2) Shop Air Compressors (S/N:30T 865142) | 531338 | 9/25/14 | | $ 475.00 |
| Lot of (4) Product Tanks & (2) Pumps | 531339 | 9/25/14 | | $ 650.00 |
| Emglo M79-HC4V Shop Air Compressor (S/N:051199164) | 531340 | 9/25/14 | | $ 150.00 |
| Lot of Hoses | 531341 | 9/25/14 | | $ 150.00 |
| Lot of (9) Truck Seats | 531356 | 10/2/14 | | $ 50.00 |
| Lot of (12) Pallets of Truck Parts | 531360 | 9/25/14 | | $ 2,000.00 |
| Lot of Office Equipment | 531363 | 9/25/14 | | $ 200.00 |
| Lot of Office Furniture | 531369 | 9/25/14 | | $ 610.00 |
| Lot of Office Furniture | 531381 | 9/25/14 | | $ 600.00 |
| Lot of Office Furniture | 531383 | 9/25/14 | | $ 250.00 |
| Lot of Transmissions & Drivetrain Parts | 531385 | 9/26/14 | | $ 75.00 |
| Lot of Fire Extinguishers & Parts | 531386 | 9/25/14 | | $ 210.00 |
| Lot of Tool Boxes, Steps & Parts | 531387 | 9/26/14 | | $ 160.00 |
| Lot of Forks & Attachments | 531388 | 9/25/14 | | $ 150.00 |
| Lot of Parts | 531389 | 9/25/14 | | $ 425.00 |
| 2007 Columbia Tri/A Transfer Trailer (S/N:1B9GF17357C003933) | 531390 | 9/26/14 | 573 | $ 3,400.00 |
| Office Furniture | 531472 | 9/25/14 | | $ 950.00 |
| Lot of (1) Drafting Table & (1) Large Format Printer | 531496 | 9/25/14 | | $ 650.00 |
| Lot of (2) Copy Machines | 531497 | 9/25/14 | | $ 900.00 |
| Lot of Office Storage Units | 531514 | 9/25/14 | | $ 100.00 |
| Lot of Office Supplies, Coffee Maker & Cabinet | 531515 | 9/25/14 | | $ 450.00 |
| Lot of (1) Conference Table, (6) Chairs, and (1) Flatscreen TV | 531572 | 9/25/14 | | $ 1,750.00 |
| 1999 JLG 3369-E Electric Scissor Lift (S/N:0200051414) | 531575 | 9/25/14 | | $ 1,500.00 |
| Lot of Office Furniture | 531578 | 9/26/14 | | $ 230.00 |
| Office Furniture | 531591 | 9/25/14 | | $ 200.00 |
| Lot of Office Furniture | 531592 | 9/25/14 | | $ 100.00 |
| Lot of File Cabinets | 531593 | 9/25/14 | | $ 50.00 |
| Lot of Exercise Equipment | 531595 | 9/25/14 | | $ 300.00 |
| Lot of Office Furniture, Appliances & Tables | 531600 | 9/25/14 | | $ 2,000.00 |
| Lot of Office Furniture | 531842 | 9/25/14 | | $ 100.00 |
| Lot of Office Furniture, Printer, & Copier | 531855 | 9/25/14 | | $ 200.00 |
| Lot of Office Furniture | 531925 | 9/25/14 | | $ 1,250.00 |
| Lot of Office Furniture | 531943 | 9/25/14 | | $ 250.00 |
| Lot of Office Furniture | 531944 | 9/25/14 | | $ 450.00 |
| Lot of Office Furniture | 531945 | 9/25/14 | | $ 400.00 |
| Digital Phone System | 531946 | 9/25/14 | | $ 525.00 |
| Lot of Office Furniture | 531947 | 9/26/14 | | $ 510.00 |
| Cab Glass - Fits Kenworth Truck | 532050 | 9/26/14 | | $ 100.00 |
| 1969 Beall MT-2375 T/A Jeep (S/N:PMJ736-69) | 532297 | 10/9/14 | | $ 1,000.00 |
| 2000 Reliance 4TR0JF-27 Quad/A Transfer Trailer (S/N:5REFA6485YS004128) | 532887 | 9/29/14 | 195 | $ 4,000.00 |
| 2007 Columbia Pup Dump Trailer (S/N:1B9AD16337C003930) | 532888 | 9/29/14 | 593 | $ 9,500.00 |
| JCB 202 Backhoe Loader (S/N:14BT2128/342748/7) | 534219 | 10/9/14 | 202 | $ 500.00 |
| Lot of Wood Poles & Scrap Steel | 538096 | 11/5/14 | BOS-1 Robert Chess | $ 310.00 |
| Lot of (8) Dispensing Machines | 538097 | 11/5/14 | BOS 2- Watterson Excavation | $ 310.00 |
| Lot of (4) Banks & Steel Cutting Edges | 538098 | 11/5/14 | BOS 3- Watterson Excavating | $ 310.00 |
| Lot of Trailer Chassis Parts | 538099 | 11/5/14 | BOS 4 Gus Dibella | $ 310.00 |
| Lot of Aluminum Wheels & Tires | 538100 | 11/5/14 | BOS 5- Gus Dibella | $ 310.00 |
| Lot of Concrete Structure Parts | 538101 | 11/5/14 | BOS 6 -Gus Dibella | $ 310.00 |
| Tube Truck Tow Bar | 538102 | 11/5/14 | BOS 7- PGH Excavating | $ 318.00 |
| Lot of Office & Mechanical Equipment | 538147 | 10/24/14 | | $ 1,000.00 |
| | | | **Totals for 189 Items** | **$ 1,484,408.00** |



| | | | | | |
|---|---|---|---|---|---|
| | | | **Seller** | **Statement** | |
| | | | Interwest Development NW, Inc. | Statement Date: 11/13/14 | |
| | | | Buckley, WA, 98321 | Contract #: 74928 | |
| | | | USA | All transactions (includes seller paid items) | |
| | | | Attn: Bill Selander | | |

| Description | Item | Sale Date | Seller Ref | Final Sale Price | |
|---|---|---|---|---|---|
| | | | Gross Guarantee | $ | 1,167,450.00 |
| | | | (-) Commission | $ | (116,745.00) |
| | | | (-) Listing Fee | $ | (35,000.00) |
| | | | (-) Make Ready Cost | $ | (115,000.00) |
| | | | Total Net Guarantee | $ | 900,705.00 |
| | | | | | |
| | | | Total Final Sale Price | $ | 1,484,408.00 |
| | | | Total Gross Guarantee | $ | 1,167,450.00 |
| | | | Total Overage | $ | 316,958.00 |
| | | | Less IronPlanet 10.00% share | $ | (31,695.80) |
| | | | (+) Seller overage | $ | 285,262.20 |
| | | | | | |
| | | | **Payments** | | |
| | | | Net Guarantee | $ | 900,705.00 |
| | | | Overage | $ | 285,262.20 |
| | | | *Refund unused portion of Makeready Costs* | $ | *53,648.46* |
| | | | Total due Interwest | $ | 1,239,615.66 |
| | | | Less payment sent to Wallwork on 10/2/14 | $ | (645,000.00) |
| | | | Less payment sent to Trustee on 11/11/14 | $ | (255,705.00) |
| | | | Remaining Balance due: | $ | 338,910.66 |

| | | |
|---|---|---|
| * Approved Make Ready Costs | $ | 115,000.00 |
| Actual Make Ready Costs incurred | $ | (61,351.54) |
| Unused Make Ready Refund to Interwest | $ | 53,648.46 |